Certificate Number: 17082-PAE-DE-038578412

Bankruptcy Case Number: 24-11760



17082-PAE-DE-038578412

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2024, at 9:12 o'clock PM MST, JENNIFER TRIMMER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 16, 2024          By:    /s/Orsolya K Lazar

                              Name:  Orsolya K Lazar

                              Title: Executive Director