| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11760-PMM**

| | |
|---|---|
| Jennifer R Trimmer | Petition Filed Date: 05/23/2024 |
| 1211 Tatamy Road | 341 Hearing Date: 07/16/2024 |
| Easton PA 18045 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/26/2024 | $540.00 | | 07/03/2024 | $280.00 | | 07/17/2024 | $280.00 | |
| 07/31/2024 | $280.00 | | | | | | | |

**Total Receipts for the Period: $1,380.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $9,811.06 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $11,790.25 | $0.00 | $0.00 |
| 4 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $31,041.66 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $1,092.57 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $3,045.83 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $352.93 | $0.00 | $0.00 |
| 8 | MET-ED FIRST ENERGY COMPANY »» 007 | Unsecured Creditors | $6,675.60 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,425.48 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $2,084.15 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $2,863.08 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $1,680.03 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $1,470.88 | $0.00 | $0.00 |
| 14 | SOFI LENDING CORP »» 013 | Unsecured Creditors | $1,185.39 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $3,681.61 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11760-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CITIBANK NA<br>»» 015 | Unsecured Creditors | $2,018.33 | $0.00 | $0.00 |
| 17 | PROSPER MARKETPLACE INC<br>»» 016 | Unsecured Creditors | $7,337.24 | $0.00 | $0.00 |
| 18 | PROSPER MARKETPLACE INC<br>»» 017 | Unsecured Creditors | $15,721.81 | $0.00 | $0.00 |
| 19 | SALLIE MAE<br>»» 018 | Unsecured Creditors | $6,877.14 | $0.00 | $0.00 |
| 20 | SALLIE MAE<br>»» 019 | Unsecured Creditors | $3,280.49 | $0.00 | $0.00 |
| 21 | TRUIST BANK<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | RESURGENT RECEIVABLES, LLC<br>»» 021 | Unsecured Creditors | $3,392.36 | $0.00 | $0.00 |
| 23 | M&T BANK<br>»» 022 | Mortgage Arrears | $1,325.20 | $0.00 | $0.00 |
| 24 | RESURGENT RECEIVABLES, LLC<br>»» 023 | Unsecured Creditors | $1,371.72 | $0.00 | $0.00 |
| 25 | VW CREDIT LEASING LTD<br>»» 024 | Unsecured Creditors | $20,976.57 | $0.00 | $0.00 |
| 26 | SUNNOVA ENERGY CORPORATION<br>»» 025 | Unsecured Creditors | $22,451.05 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,660.00 | Current Monthly Payment: | $542.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($34.00) |
| Paid to Trustee: | $166.00 | Total Plan Base: | $26,016.00 |
| Funds on Hand: | $1,494.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.