UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jennifer R Trimmer<br><br>           Debtor | Chapter 13<br>Bankruptcy No.24-11760-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of October, 2024, by first class mail upon those listed below:

Jennifer R Trimmer
1211 Tatamy Road
Easton, PA  18045

**Electronically via CM/ECF System Only:**

LYNN E FELDMAN ESQ
c/o FELDMAN LAW OFFICES PC
2310 WALBERT AVENUE, SUITE 103
ALLENTOWN, PA  18104

                                                                  */s/ Kristen Gliem*
                                                                   Kristen Gliem
                                                                   for
                                                                   Scott F. Waterman, Esquire
                                                                   Standing Chapter 13 Trustee