**FELDMAN LAW OFFICES, P.C.**
Lynn E.Feldman, Esquire
I.D. #35996
2310 Walbert Ave., Ste 103
Allentown, PA 18104
Telephone [610] 530-9285
Facsimile [610] 437-7011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
JENNIFER R TRIMMER
    Debtor

Chapter 13
Bky. No. 24-11760

LAKEVIEW LOAN SERVICING LLC

    Movant

v.

JENNIFER R TRIMMER
    Debtor/ Respondent

And
SCOTT F WATERMAN, ESQUIRE
    Trustee/Respondent

    Respondent

**ANSWER TO MOTION FOR RELIEF FROM STAY**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Debtor was current with the monthly mortgage payments at the time the bankruptcy was filed and there were no mortgage foreclosure proceedings.

6. Denied. Debor avers there have been post petition mortgage payments made that have not been credited to her account. Strict proof of payment history is demanded at time of trial.

7. Denied. Legal fees and expenses are unwarranted.

8. Denied. After reasonable investigation, Debtor is without sufficient knowledge or information upon which to form a belief as to the truth of this averment and proof is demanded at trial.

9. Denied. This is a conclusion of law to which no response need be made.

10. No response required.

**WHEREFORE**, Respondent moves this Court to deny the Motion for Relief.

Dated: *11/25/24*            */s/ Lynn E Feldman*
                             LYNN E. FELDMAN, ESQUIRE

Document    Page 3 of 3

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   JENNIFER TRIMMER | : |
| | : |
| | : Case No. 24-11760-pmm |
| Debtor | : CHAPTER 13 |

### CERTIFICATE OF SERVICE

I, Lynn E. Feldman, Esquire, counsel for the above-captioned Debtor, does hereby certify that a true and correct copy of the foregoing **Answer to Motion of Lakeview Loan Servicing LLC for Relief from Automatic Stay**, has been served upon the parties on the attached list, by First Class United States Mail, postage prepaid, and/or electronically on the 26th day of November, 2024:

Office of the United States Trustee
900 Market Street, Suite 320
Philadelphia, PA  19107

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Jennifer Trimmer
1211 Tatamy Road
Easton, PA 18045

Internal Revenue Service
Box 7346
Philadelphia, PA 19101

C/O Lakeview Loan Servicing LLC
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Date:  November 26, 2024

/s/ *Lynn E. Feldman, Esquire*
Lynn E. Feldman, Esquire
Attorney for Debtor
PA I.D. #:  35996
Feldman Law Offices, P.C.
2310 Walbert Avenue
Allentown, PA  18104
(610) 530-9285