# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jennifer R Trimmer<br>_Debtor(s)_ | CHAPTER 13 |
| Lakeview Loan Servicing LLC<br>_Moving Party_<br>vs. | NO. 24-11760 PMM |
| Jennifer R Trimmer<br>_Debtor(s)_ | |
| Scott F. Waterman<br>_Trustee_ | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this  21st  day of  January  , 2025, at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
United States Bankruptcy Judge