United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-11760-pmm
Jennifer R Trimmer Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 4
Date Rcvd: Feb 13, 2025 Form ID: 155 Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer R Trimmer, 1211 Tatamy Road, Easton, PA 18045-7403 |
| 14908552 | + | ADDRESS: Truist Bank, Bankruptcy Department, PO Box 85092, Richmond, VA 23285-5092 |
| 14890631 | + | BURKE HOME SERVICES, 1410 SPRUCE ST, STE 112, Stroudsburg, PA 18360-2911 |
| 14890652 | + | J PIPS PAVING COMPANY, 167 MOUNTAIN ROAD, Phillipsburg, NJ 08865-7707 |
| 14890655 | | Lehigh Valley Health- Muhlenbe, 7524 Bosque Blvd, Waco, TX 76712-3779 |
| 14890656 | + | Lehigh Valley Physician Group, Dallas, TX 75312-0001 |
| 14890659 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, MET ED, 2800 POTTSVILLE PIKE, Reading, PA 19605 |
| 14890673 | + | SUMMIT DOOR LLC, 2300 WOOD AVENUE UNIT #4, Easton, PA 18042-3105 |
| 14890674 | | Sunnova Energy Corpora, 24 Greenway Plz, Ste 1515, Houston, TX 77046-2452 |
| 14893069 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14890627 | ^ | MEBN | Feb 13 2025 23:59:35 | Aidvantage, PO Box 3229, Wilmington, DE 19804-0229 |
| 14890628 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 14 2025 00:08:39 | Aidvantage, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 14922396 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 14 2025 00:20:03 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14890630 | | Email/Text: bk@avant.com | Feb 14 2025 00:11:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz, Ste 900, Chicago, IL 60654-1105 |
| 14890629 | | Email/Text: bk@avant.com | Feb 14 2025 00:11:00 | Avant LLC, 222 Merchandise Mart Plz, Chicago, IL 60654-1103 |
| 14890633 | + | Email/Text: bnc-capio@quantum3group.com | Feb 14 2025 00:10:00 | CAPIO PARTNERS LLC, DEPT 0225 BOX 120225, Dallas, TX 75312-0001 |
| 14890632 | + | Email/Text: bnc-capio@quantum3group.com | Feb 14 2025 00:10:00 | Capio Partners LLC, Dallas, TX 75312-0001 |
| 14890634 | | Email/Text: bnc-capio@quantum3group.com | Feb 14 2025 00:10:00 | Capio Partners, LLC, Attn: Bankruptcy, PO Box 3498, Sherman, TX 75091-3498 |
| 14890636 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 00:20:03 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14890635 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 00:19:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14890637 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 00:20:20 | Capital One NA, PO Box 31293, Salt Lake City, UT 84131-0293 |

| | | | | |
|---|---|---|---|---|
| 14890638 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 00:37:25 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14899173 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2025 00:20:03 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14890639 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 00:09:31 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 14890640 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 00:09:28 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14906039 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 00:09:28 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14890642 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 00:48:28 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14890641 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 00:08:47 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14890644 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2025 00:10:00 | Comenity Bk/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14890643 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2025 00:10:00 | Comenity Bk/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 14890645 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 14 2025 00:11:00 | Credit Collection Services, 2 Wells Ave, Newton Center, MA 02459-3225 |
| 14890646 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2025 00:08:45 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14890647 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2025 00:08:41 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14890648 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 14 2025 00:09:36 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14890649 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 14 2025 00:20:12 | Fst Premie, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14890650 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 14 2025 00:09:06 | HOUSING AND URBAN DEVELOPMENT, 451 7TH ST SW, Washington, DC 20410-0002 |
| 14890651 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2025 00:10:00 | INTERNAL REVENUE SERVICE, Box 7346, Philadelphia, PA 19101-7346 |
| 14904688 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 14 2025 00:11:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14890654 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 14 2025 00:09:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14890653 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 14 2025 00:09:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14895903 | ^ | MEBN | Feb 14 2025 00:00:05 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14910253 | ^ | MEBN | Feb 13 2025 23:59:50 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14890658 | | Email/Text: camanagement@mtb.com | Feb 14 2025 00:10:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14890657 | | Email/Text: camanagement@mtb.com | Feb 14 2025 00:10:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 14902239 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 14 2025 00:10:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 14890660 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

| | | | |
|---|---|---|---|
| | | Feb 14 2025 00:36:30 | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 14890663 | Email/PDF: bankruptcy_prod@navient.com | Feb 14 2025 00:19:45 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14890661 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 14 2025 00:20:13 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14890662 | Email/PDF: bankruptcy_prod@navient.com | Feb 14 2025 00:08:41 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14896816 | Email/Text: ECMCBKNotices@ecmc.org | Feb 14 2025 00:10:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14890664 | Email/Text: clientservices@paramountrecovery.com | Feb 14 2025 00:09:00 | Paramount Recovery Sys, 7524 Bosque Blvd, Waco, TX 76712-3779 |
| 14890665 | Email/Text: clientservices@paramountrecovery.com | Feb 14 2025 00:09:00 | Paramount Recovery Systems, Attn: Bankruptcy, 7524 Bosque Blvd, Bldg, Waco, TX 76712-3779 |
| 14890666 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2025 00:20:21 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14904046 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2025 00:09:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14890668 | Email/Text: ProsperBK@prosper.com | Feb 14 2025 00:10:00 | Prosper Funding LLC, 221 Main St, Ste 300, San Francisco, CA 94105-1909 |
| 14890667 | Email/Text: ProsperBK@prosper.com | Feb 14 2025 00:10:00 | Prosper Funding LLC, 221 Main St, San Francisco, CA 94105-1906 |
| 14906660 | + Email/Text: bncmail@w-legal.com | Feb 14 2025 00:10:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14910155 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 00:09:03 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14890669 | + Email/Text: ebn_bkrt_forms@salliemae.com | Feb 14 2025 00:11:00 | SALLIE MAE, BOX 8377, Philadelphia, PA 19101-8377 |
| 14912538 | Email/Text: claimsdepartment@sunnova.com | Feb 14 2025 00:09:00 | Sunnova Energy Corporation, 20 Greenway Plaza, Suite 540, 20 Greenway Plaza, Suite 540, Houston, TX 77046 |
| 14890672 | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 14 2025 00:08:42 | SoFi, Attn: Bankruptcy, 2750 E Cottonwood Pkwy, Ste 300, Salt Lake City, UT 84121-7285 |
| 14890671 | + Email/PDF: SoFiBKNotifications@resurgent.com | Feb 14 2025 00:09:22 | SoFi, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 14904912 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 00:09:06 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14890676 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2025 00:09:06 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14890675 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2025 00:20:29 | Synchrony/Ashley Furniture Homestore, PO Box 71757, Philadelphia, PA 19176-1757 |
| 14890677 | Email/Text: bankruptcy@bbandt.com | Feb 14 2025 00:10:00 | Truist Financial, PO Box 849, Wilson, NC 27894-0849 |
| 14890678 | + Email/Text: bankruptcy@bbandt.com | Feb 14 2025 00:10:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-0129 |
| 14910935 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 14 2025 00:10:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14890679 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 14 2025 00:10:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, 2200 Woodland Pointe Ave, Herndon, VA 20171-5874 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14890670 | | SALLIE MAE |
| 14906844 | | Sallie Mae P.O. Box 3319 Wilmington DE 19804 |
| 14904541 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | on behalf of Debtor Jennifer R Trimmer feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

***Form 155*** (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Jennifer R Trimmer<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 24−11760−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 13, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court