| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-11760-PMM**

| | |
|---|---|
| Jennifer R Trimmer | Petition Filed Date: 05/23/2024 |
| 1211 Tatamy Road | 341 Hearing Date: 07/16/2024 |
| Easton  PA    18045 | Confirmation Date: 02/13/2025 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2024 | $280.00 | | 08/28/2024 | $280.00 | | 09/11/2024 | $280.00 | |
| 09/25/2024 | $280.00 | | 10/09/2024 | $280.00 | | 10/23/2024 | $280.00 | |
| 11/06/2024 | $280.00 | | 11/20/2024 | $280.00 | | 12/05/2024 | $280.00 | |
| 12/18/2024 | $280.00 | | 01/03/2025 | $280.00 | | 01/15/2025 | $280.00 | |
| 01/29/2025 | $280.00 | | 02/12/2025 | $280.00 | | 02/26/2025 | $280.00 | |
| 03/12/2025 | $280.00 | | 03/26/2025 | $280.00 | | 04/09/2025 | $280.00 | |
| 04/23/2025 | $280.00 | | 05/07/2025 | $280.00 | | 05/21/2025 | $280.00 | |
| 06/04/2025 | $280.00 | | 06/18/2025 | $280.00 | | 07/02/2025 | $280.00 | |
| 07/16/2025 | $280.00 | | 07/30/2025 | $280.00 | | | | |

**Total Receipts for the Period:  $7,280.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $9,220.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,238.00 | $3,238.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02P | Priority Crediors | $9,811.06 | $4,970.40 | $4,840.66 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  02U | Unsecured Creditors | $11,935.91 | $0.00 | $11,935.91 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»»  003 | Unsecured Creditors | $31,041.66 | $0.00 | $31,041.66 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $1,092.57 | $0.00 | $1,092.57 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»»  005 | Unsecured Creditors | $3,045.83 | $0.00 | $3,045.83 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»»  006 | Unsecured Creditors | $352.93 | $0.00 | $352.93 |
| 8 | MET-ED FIRST ENERGY COMPANY<br>»»  007 | Unsecured Creditors | $6,675.60 | $0.00 | $6,675.60 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $1,425.48 | $0.00 | $1,425.48 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $2,084.15 | $0.00 | $2,084.15 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $2,863.08 | $0.00 | $2,863.08 |

**Chapter 13 Case No. 24-11760-PMM**

| # | Creditor | Type | Amount | | |
|---|---|---|---|---|---|
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $1,680.03 | $0.00 | $1,680.03 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $1,470.88 | $0.00 | $1,470.88 |
| 14 | RESURGENT RECEIVABLES, LLC »» 013 | Unsecured Creditors | $1,185.39 | $0.00 | $1,185.39 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $3,681.61 | $0.00 | $3,681.61 |
| 16 | CITIBANK NA »» 015 | Unsecured Creditors | $2,018.33 | $0.00 | $2,018.33 |
| 17 | PROSPER MARKETPLACE INC »» 016 | Unsecured Creditors | $7,337.24 | $0.00 | $7,337.24 |
| 18 | PROSPER MARKETPLACE INC »» 017 | Unsecured Creditors | $15,721.81 | $0.00 | $15,721.81 |
| 19 | SALLIE MAE »» 018 | Unsecured Creditors | $6,877.14 | $0.00 | $6,877.14 |
| 20 | SALLIE MAE »» 019 | Unsecured Creditors | $3,280.49 | $0.00 | $3,280.49 |
| 21 | TRUIST BANK »» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | RESURGENT RECEIVABLES, LLC »» 021 | Unsecured Creditors | $3,392.36 | $0.00 | $3,392.36 |
| 23 | M&T BANK »» 022 | Mortgage Arrears | $1,325.20 | $0.00 | $1,325.20 |
| 24 | RESURGENT RECEIVABLES, LLC »» 023 | Unsecured Creditors | $1,371.72 | $0.00 | $1,371.72 |
| 25 | VW CREDIT LEASING LTD »» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | SUNNOVA ENERGY CORPORATION »» 025 | Unsecured Creditors | $22,451.05 | $0.00 | $22,451.05 |
| 27 | AIDVANTAGE on behalf of DEPT OF ED »» 026 | Unsecured Creditors | $287,968.23 | $0.00 | $287,968.23 |
| 28 | M&T BANK »» 22P | Mortgage Arrears | $1,249.00 | $0.00 | $1,249.00 |
| 29 | AVANT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | BURKE HOME SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | CAPIO PARTNERS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | COMENITY BANK/ULTA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | CREDIT COLLECTION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | FIRST PREMIER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | J PIPS PAVING COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | LEHIGH VALLEY HEALTH - MUHLENBE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | LEHIGH VALLEY PHYSICIAN GROUP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | SALLIE MAE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | SOFI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | SUMMIT DOOR LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11760-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,220.00 | Current Monthly Payment: | $542.00 |
| Paid to Claims: | $8,208.40 | Arrearages: | ($1,090.00) |
| Paid to Trustee: | $747.00 | Total Plan Base: | $19,512.00 |
| Funds on Hand: | $264.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.