IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> JENNIFER R TRIMMER <br>        Debtor, <br><br> VW CREDIT LEASING, LTD, <br>        Movant, <br><br>    v. <br><br> JENNIFER R TRIMMER, and <br> SCOTT F. WATERMAN, Trustee, <br>        Respondents. | Bankruptcy No. 24-11760-pmm <br><br> Chapter 13 |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

VW Credit Leasing, Ltd has filed a Motion for Relief from the Automatic Stay with the Court to lift the automatic stay regarding the 2023 Volkswagen Atlas Cross SPO, VIN: 1V2KE2CA9PC224157.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before ***January 26, 2026,*** you or your attorney must do **all** of the following:

    (a)  file an answer explaining your position at:

        Clerk, U.S. Bankruptcy Court
        Robert C. Nix Bldg. Suite 201
        900 Market Street
        Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorneys:

        Keri P. Ebeck, Esquire
        Bernstein-Burkley, P.C.
        601 Grant Street, 9th Floor
        Pittsburgh, PA  15219

      2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.  A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on  **_February 3, 2026 at 10:00 a.m.,_**  Courtroom 4th Floor, United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601.

      4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

                                                      Respectfully submitted,

                                                        BERNSTEIN-BURKLEY, P.C.

                                                        By: /s/ Keri P. Ebeck
                                                        Keri P. Ebeck, Esq.
                                                        PA I.D. # 91298
                                                        kebeck@bernsteinlaw.com
                                                        601 Grant Street, 9th Floor
                                                        Pittsburgh, PA 15219
                                                        Phone (412) 456-8112
                                                        Fax: (412) 456-8135

Dated:  January 12, 2026