IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>JENNIFER R TRIMMER<br>           Debtor,<br><br>VW CREDIT LEASING, LTD,<br>                Movant,<br><br>           v.<br><br>JENNIFER R TRIMMER, and<br>SCOTT F. WATERMAN, Trustee,<br>           Respondents. | Bankruptcy No. 24-11760-pmm<br><br>Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the January 12, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| **Jennifer R Trimmer**<br>1211 Tatamy Road<br>Easton, PA 18045 | **LYNN E. FELDMAN**<br>Feldman Law Office<br>2310 Walbert Ave<br>Ste 103<br>Allentown, PA 18104 |
|---|---|

Service via electronic communication:

| SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |
|---|---|

                                                     By: /s/ Keri P. Ebeck
                                                     Keri P. Ebeck, Esq.
                                                       PA I.D. # 91298
                                                       kebeck@bernsteinlaw.com
                                                       601 Grant Street, 9th Floor
                                                       Pittsburgh, PA 15219
                                                     Phone (412) 456-8112
                                                     Fax (412) 456-8135