IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> JENNIFER R TRIMMER <br>       Debtor, <br><br> VW CREDIT LEASING, LTD, <br>       Movant, <br><br>    v. <br><br> JENNIFER R TRIMMER, and <br> SCOTT F. WATERMAN, Trustee, <br>       Respondents. | Bankruptcy No. 24-11760-pmm <br><br><br> Chapter 13 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 41)

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 41 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than January 26, 2026.

    It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

                                    Respectfully submitted,

                                    By: /s/ Keri P. Ebeck
                                    Keri P. Ebeck, Esq.
                                    PA I.D. # 91298
                                    kebeck@bernsteinlaw.com
                                    601 Grant Street, 9th Floor
                                    Pittsburgh, PA 15219
                                    Phone - (412) 456-8112
                                    Fax - (412) 456-8135

                                    *Counsel for VW Credit Leasing, Ltd*

Dated: February 1, 2026