IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JENNIFER R TRIMMER<br>　　　Debtor,<br><br>VW CREDIT LEASING, LTD,<br>　　　Movant,<br><br>　　v.<br><br>JENNIFER R TRIMMER, and<br>SCOTT F. WATERMAN, Trustee,<br>　　　Respondents. | Bankruptcy No. 24-11760-pmm<br><br>Chapter 13 |

### ORDER OF COURT

AND NOW, this **2nd** day of **February**, 2026, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

   a.  Relief from the Automatic Stay is granted as to the interest of VW Credit Leasing, Ltd in the 2023 Volkswagen Atlas Cross SPO, VIN: 1V2KE2CA9PC224157.

   b.  ~~The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.~~

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge