Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jennifer R Trimmer
1211 Tatamy Road
Easton, PA 18045

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11760-PMM**

Petition Filed Date: 05/23/2024
341 Hearing Date: 07/16/2024
Confirmation Date: 02/13/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/13/2025 | $280.00 | | 08/27/2025 | $280.00 | | 09/10/2025 | $280.00 | |
| 09/24/2025 | $280.00 | | 10/08/2025 | $280.00 | | 10/22/2025 | $280.00 | |
| 11/05/2025 | $280.00 | | 11/19/2025 | $280.00 | | 12/04/2025 | $280.00 | |
| 12/17/2025 | $280.00 | | 01/05/2026 | $280.00 | | 01/14/2026 | $280.00 | |
| 01/28/2026 | $280.00 | | 02/11/2026 | $280.00 | | 02/25/2026 | $280.00 | |
| 03/11/2026 | $280.00 | | 03/25/2026 | $280.00 | | 04/08/2026 | $280.00 | |
| 04/22/2026 | $280.00 | | 05/11/2026 | $280.00 | | 05/20/2026 | $280.00 | |
| 06/03/2026 | $280.00 | | 06/17/2026 | $280.00 | | 07/01/2026 | $280.00 | |
| 07/15/2026 | $280.00 | | 07/29/2026 | $280.00 | | | | |

**Total Receipts for the Period: $7,280.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $16,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,238.00 | $3,238.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $9,811.06 | $9,811.06 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $11,935.91 | $0.00 | $11,935.91 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $31,041.66 | $0.00 | $31,041.66 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,092.57 | $0.00 | $1,092.57 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $3,045.83 | $0.00 | $3,045.83 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $352.93 | $0.00 | $352.93 |
| 8 | MET-ED FIRST ENERGY COMPANY<br>»» 007 | Unsecured Creditors | $6,675.60 | $0.00 | $6,675.60 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,425.48 | $0.00 | $1,425.48 |

**Chapter 13 Case No. 24-11760-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,084.15 | $0.00 | $2,084.15 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $2,863.08 | $0.00 | $2,863.08 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $1,680.03 | $0.00 | $1,680.03 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $1,470.88 | $0.00 | $1,470.88 |
| 14 | RESURGENT RECEIVABLES, LLC<br>»» 013 | Unsecured Creditors | $1,185.39 | $0.00 | $1,185.39 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $3,681.61 | $0.00 | $3,681.61 |
| 16 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 015 | Unsecured Creditors | $2,018.33 | $0.00 | $2,018.33 |
| 17 | PROSPER MARKETPLACE INC<br>»» 016 | Unsecured Creditors | $7,337.24 | $0.00 | $7,337.24 |
| 18 | PROSPER MARKETPLACE INC<br>»» 017 | Unsecured Creditors | $15,721.81 | $0.00 | $15,721.81 |
| 19 | SALLIE MAE<br>»» 018 | Unsecured Creditors | $6,877.14 | $0.00 | $6,877.14 |
| 20 | SALLIE MAE<br>»» 019 | Unsecured Creditors | $3,280.49 | $0.00 | $3,280.49 |
| 21 | TRUIST BANK<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | RESURGENT RECEIVABLES, LLC<br>»» 021 | Unsecured Creditors | $3,392.36 | $0.00 | $3,392.36 |
| 23 | M&T BANK<br>»» 022 | Mortgage Arrears | $1,325.20 | $976.71 | $348.49 |
| 24 | RESURGENT RECEIVABLES, LLC<br>»» 023 | Unsecured Creditors | $1,371.72 | $0.00 | $1,371.72 |
| 25 | VW CREDIT LEASING LTD<br>»» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | SUNNOVA ENERGY CORPORATION<br>»» 025 | Unsecured Creditors | $22,451.05 | $0.00 | $22,451.05 |
| 27 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 026 | Unsecured Creditors | $287,968.23 | $0.00 | $287,968.23 |
| 28 | M&T BANK<br>»» 22P | Mortgage Arrears | $1,249.00 | $920.55 | $328.45 |
| 29 | AVANT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | BURKE HOME SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | CAPIO PARTNERS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | COMENITY BANK/ULTA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | CREDIT COLLECTION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | FIRST PREMIER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | J PIPS PAVING COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | LEHIGH VALLEY HEALTH - MUHLENBE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | LEHIGH VALLEY PHYSICIAN GROUP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | SALLIE MAE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | SOFI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | SUMMIT DOOR LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11760-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,500.00 | Current Monthly Payment: | $542.00 |
| Paid to Claims: | $14,946.32 | Arrearages: | ($1,866.00) |
| Paid to Trustee: | $1,295.24 | Total Plan Base: | $19,512.00 |
| Funds on Hand: | $258.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.